﻿Citation Nr: AXXXXXXXX
Decision Date: 07/31/20 Archive Date: 07/31/20

DOCKET NO. 200501-81152
DATE: July 31, 2020

ORDER

Entitlement to an effective date earlier than October 5, 2015 for service connection of posttraumatic stress disorder (PTSD) is granted.

FINDING OF FACT

On October 5, 2016 a Department of Veterans Affairs (VA) Regional Office (RO) received the Veteran’s claim to reopen the disallowed claim for service connection for PTSD; October 5, 2015 represents the earliest date upon which service connection for PTSD may be awarded.

CONCLUSION OF LAW

An effective date of October 5, 2015, for the award of service connection for PTSD is warranted. 38 U.S.C. § 5110 (2012); 38 C.F.R. § 3.400(g) (2019).

REASONS AND BASES FOR FINDING AND CONCLUSION

The Veteran had active duty service in the United States Marine Corps from May 1967 to March 1970 including service in the Republic of Vietnam.

This matter is before the Board of Appeals (Board) on appeal from the April 2020 rating decision issued by the Department of Veterans Affairs (VA) finding no clear and unmistakable error in the assigned effective date of October 5, 2016 for the granting of service connection for posttraumatic stress disorder (PTSD).

In May 2020, the Veteran submitted a VA Form 10182, Decision Review Request: Board Appeal (Notice of Disagreement) (NOD), the selecting the Direct Review option; therefore, the Board may only consider the evidence of record at the time of the agency of original jurisdiction (AOJ) decision on appeal. 38 C.F.R. § 20.301.

In June 2020, the Veteran filed a supplemental claim and asserted that the assignment of October 5, 2106 for the granting of service connection for PTSD was clearly and unmistakably erroneous and the correct date should be October 5, 2015. See VA 21-526EZ, June 2020.

In the June 2020 rating decision, the RO granted entitlement to an earlier effective date for service connection of posttraumatic stress disorder (PTSD) because a clear and unmistakable error was made and assigned a 50 percent evaluation effective October 5, 2015. The Board finds that the Veteran’s June 2020 supplemental claim was in violation of 38 C.F.R. § 3.2500 (b) that prohibits concurrent election for review of the same claim. The RO improperly exercised concurrent jurisdiction making the June 2020 rating decision technically void. Therefore, the Board will adjudicate the issue on the merits using the evidence of record at the time of the April 2020 rating decision appeal.

Entitlement to an earlier effective date of October 5, 2015 for service connection of posttraumatic stress disorder (PTSD) 

As an initial matter, the Board notes that the Veteran’s initial claims for an earlier effective date asserted that March 11, 1970 or March 22, 2006 effective dates were warranted. However, a review of the evidence of record reflects that a June 1971 administrative decision disallowed the Veteran’s March 1971 claim for educational assistance because he was separated from service under conditions which precluded him from entitlement to VA benefits. See Administrative Decision, June 1971; Notification Letter, June 1971. No further action was taken, nor a claim submitted by the Veteran for service connection for PTSD following his notification.

On March 22, 2006, VA received the Veteran’s claim for entitlement to service connection for PTSD. In May 2006, the Veteran was notified that a January 1972 decision found that his discharge from military service on March 10, 1970 under other than honorable conditions precluded him from receiving VA benefits. See VCAA/DTA Letter, May 2006. In June 2006, the Veteran submitted a notice of disagreement, and was notified that VA could not accept it because no new determination had been made regarding the character of his discharge. See VA 21-4138, June 2006; see also Notification Letter, July 2006. The Veteran was advised to apply for revision or upgrade of his character of discharge with the Service Discharge Review Board or Service Department Board for Correction of Military Records. No further action was taken by the Veteran, at that time, to revise or upgrade his character of discharge. Based on the information above, the Board finds that an earlier effective date of either March 11, 1970 or March 22, 2006 is unwarranted and therefore, denied.

On October 5, 2016, VA received the Veteran’s request to reopen a claim for entitlement to service connection for PTSD and a copy of the August 2016 Board for Correction of Naval Records (BCNR) administrative decision to upgrade the Veteran’s character of discharge to General Discharge under Honorable Conditions based on the finding that there was a nexus between the Veteran’s PTSD condition and his misconduct that led to his punitive discharge. See Third Party Correspondence, October 2016; VA 21-526EZ, October 2016. In June 2017, the RO granted service connection for PTSD and assigned an effective date of October 5, 2019. The Veteran did not express timely disagreement or submit new and material evidence within one year, and the decision is final. 

In July 2018, the RO received the Veteran’s claim for revision of the effective date assigned in June 2017 on the basis of clear and unmistakable error. In April 2020, the RO denied a revision to the effective date and the Veteran submitted a notice of disagreement in May 2020 requesting direct review by the Board. 

Upon review, the Board finds that an effective date of October 5, 2015 is warranted.

Generally, the effective date of an evaluation and award of compensation based on an original claim will be the date of receipt of the claim or the date entitlement arose, whichever is later. See 38 U.S.C. § 5110; 38 C.F.R. § 3.400.

Under 38 C.F.R. § 3.400(g), where entitlement is established because of the correction, change or modification of a military record, or of a discharge or dismissal, by a Board established under 10 U.S.C. 1552 or 1553, or because of other corrective action by competent military naval, or air authority, the award will be effective from the latest of these dates: (1) Date application for change, correction, or modification was filed with the service department, in either an original or a disallowed claim; (2) Date of receipt of claim if claim was disallowed; or (3) One year prior to date of reopening of disallowed claim. See also 38 U.S.C. § 5110(i). 

The Veteran’s disallowed claim was reopened based on other “corrective action by competent authority,” specifically, the BCNR’s August 2016 characterization of service determination. Therefore, the effective date is the later of the date on which the application for the change, modification, or correction of a discharge or dismissal was filed (a date prior to April 2012), the date the disallowed claim was filed (March 22, 2006), or one year prior to the date of reopening of the disallowed claim (October 5, 2015). See 38 C.F.R. § 3.400(g).

Accordingly, the effective date for service connection for PTSD, because of corrective action by a competent military naval authority, is one-year prior to the Veteran’s petition to reopen his PTSD disability claim which is October 5, 2015. The governing statute expressly prohibits the award of an earlier effective date under the circumstances presented. As such, entitlement to an effective date of October 5, 2015, but no earlier, for the award of service connection for PTSD is granted. 

 

J.W. FRANCIS

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board C. Camille NeSmith, Associate Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.